## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

BRUCE KEISHAWN SALTER,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
vs.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀) CASE NO: 15-00372-KD-B
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
HALLIE S. DIXON, in her official⠀⠀)
Capacity as District Attorney of⠀⠀)
Baldwin County, Alabama, and⠀⠀⠀)
DEFENDANT A, B, and C, being the⠀)
Successors in office of Defendant⠀⠀)
Dixon.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀⠀⠀)

## MOTION TO EXTEND TIME TO FILE INITIAL RESPONSE

COMES NOW the undersigned on behalf of the District Attorney of Baldwin County, Alabama, Hallie S. Dixon, ("District Attorney Dixon") and moves this Honorable Court for an Order allowing additional time to respond to the Complaint in this matter.   As grounds in support the undersigned would show unto the Court as follows:

1.⠀⠀⠀⠀Counsel was engaged less than 48 hours previous to this filing.

2.⠀⠀⠀⠀Upon review of the Complaint it appears to the undersigned numerous grounds for dismissal of the action exist.

3.⠀⠀⠀⠀The Complaint was served on or about July 29, 2015, making a response due on or about August 18, 2015.

4.⠀⠀⠀⠀The undersigned is out of town on a previously scheduled engagement until the middle of next week (after the current deadline for a response).

5.     The undersigned anticipates the response required will take a fairly significant amount of time to research and prepare.

6.     An extension will not prejudice the Plaintiff.

7.     Counsel for District Attorney Dixon has been in contact with counsel for the Plaintiff and has been informed they do not object to an extension up to seven (7) day. In this respect counsel for the Plaintiff does not object to the requested extension. However counsel for District Attorney Dixon is specifically requesting up to a fourteen (14) day extension.

WHEREFORE premises considered the undersigned moves this Honorable Court for an extension of time from the current deadline to file a response to the Complaint.

Respectfully submitted,

/s/ S. Joshua Briskman
S. JOSHUA BRISKMAN (BRISS5912)
DONALD M. BRISKMAN (BRID9863)


OF COUNSEL:

BRISKMAN & BINION, P.C.
Attorneys at Law
205 Church Street
Post Office Box 43
Mobile, Alabama 36601
251/433-7600
251/433-4485(fax)
dbriskman@briskman-binion.com

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that I have on this 17th day of August, 2015, served a copy of the foregoing pleading electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel in this matter listed below.

*Attorneys for Plaintiff*

H. Chase Dearman, Esquire
52 St. Emanuel Street
Mobile, AL   36602
chase@dearmanlawfirm.com

William K. Bradford, Esquire
3928 Montclair Road, Suite 208
Mountain Brook, AL 35213
wkb@bradfordladner.com


*/s/ S. Joshua Briskman*
OF COUNSEL