IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE KEISHAWN SALTER, | * |
| Plaintiff, | * |
| VS. | * CIVIL ACTION NO. 15-00372-KD-B |
| HALLIE S. DIXON, | * |
| Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and the response filed by Plaintiff Bruce Keishawn Salter (doc. 24), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)(doc. 23) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Hallie S. Dixon's Motion to Dismiss be **granted,** and Bruce Keishawn Salter's Complaint be **dismissed without prejudice.**

**DONE** this 13th day of September 2016.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE